## MARISCAL v. STATE.
No. 15765.

Court of Criminal Appeals of Texas.
Dec. 21, 1932.

---

Chaney & De Graffenreid, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is burglary; the punishment, confinement in the penitentiary for four years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Alcadio MARISCAL v. STATE.
No. 15766.

Court of Criminal Appeals of Texas.
Dec. 21, 1932.

Chaney & De Graffenreid, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for theft; punishment, five years in the penitentiary.

The record is here without statement of facts or bills of exception. The indictment,

the charge of the court, the judgment and sentence appear to be regular.

The judgment will be affirmed.